**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00639-CR

**JOEL ERCEDES VILLATORO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75768-T**

## ORDER

Before the Court is court reporter Trashuna Salaam's October 15, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before November 16, 2018.

/s/     CRAIG STODDART
            JUSTICE